Myer FELDMAN, Petitioner,

v.

DISTRICT OF COLUMBIA RENTAL
HOUSING COMMISSION,
Respondent,

Belinda J. Dunmire, Intervenor.

No. 82–1294.

District of Columbia Court of Appeals.

March 19, 1986.

Before PRYOR, Chief Judge, and NE-
BEKER,* MACK, NEWMAN, FERREN,**
BELSON, TERRY, ROGERS and STEAD-
MAN, Associate Judges.

ORDER

PER CURIAM.

On consideration of petitioner's petition
for rehearing/rehearing en banc, respon-
dent's petition for rehearing/rehearing en
banc, the response to petitioner's petition,
and the respondent's motion to dismiss the
petitioner's petition as untimely filed, it is

ORDERED that the motion to dismiss is
denied. It is

FURTHER ORDERED by the merits di-
vision * that the petitions for rehearing are
denied; and it appearing that the majority
of the judges of this court has voted to
grant the petitions for rehearing en banc, it
is

FURTHER ORDERED that the petitions
for rehearing en banc are granted and that
the opinion and judgment of November 29,
1985, 501 A.2d 781, are hereby vacated. It
is

FURTHER ORDERED that the Clerk
shall schedule this matter for argument
before the court sitting en banc as soon as
the business of the court permits. Counsel
are hereby directed to provide ten copies of
the briefs heretofore filed to the Clerk on
or before March 27, 1986.